AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| BASIL WILLIAMS and PETER PERNA | ) ) ) ) ) | |
| The City of New York, Department of Correction Commissioner Lynelle Maginley-Liddie, Department of Correction Senior Deputy Commissioner Fritz Frage, Department of Correction Otis Bantum Correctional Center Acting Warden Lisa Barnaby, Department of Correction Rose M. Singer Center Warden Courteney Rothwell | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-cv-2685 |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached summons addendum

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kaishian & Mortazavi LLC
Maryanne K. Kaishian
S. Masoud Mortazavi
Callen Lowell
55 Washington Street Suite 461
Brooklyn, NY 11201

Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 05/06/2026

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

**SUMMONS ADDENDUM**

THE CITY OF NEW YORK
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

DEPARTMENT OF CORRECTION COMMISSIONER LYNELLE MAGINLEY-LIDDIE
10-10 Hazen Street
East Elmhurst, NY 11370

DEPARTMENT OF CORRECTION SENIOR DEPUTY COMMISSIONER FRITZ FRAGE
10-10 Hazen Street
East Elmhurst, NY 11370

DEPARTMENT OF CORRECTION OTIS BANTUM CORRECTIONAL CENTER ACTING WARDEN LISA BARNABY
10-10 Hazen Street
East Elmhurst, NY 11370

DEPARTMENT OF CORRECTION ROSE M. SINGER CENTER WARDEN COURTENEY ROTHWELL
10-10 Hazen Street
East Elmhurst, NY 11370