14.8  e

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) KAISHIAN & MORTAZAVI LLC

Case Number: 1:26-CV-02685-
Date Filed: 05/06/2026

BASIL WILLIAMS AND PETER PERNA

Plaintiff

VS

THE CITY OF NEW YORK, DEPARTMENT OF COMMISSIONER LYNELLE MAGINLEY-LIDDIE, ET AL.

Defendant

## AFFIRMATION OF SERVICE

**Muataz Ahmad**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **5/15/2026**, at **1:13 PM** at **7520 ASTORIA BLVD SUITE 305, EAST ELMHURST , NY 11370** , Deponent served the within **Summons in a Civil Action and Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **DEPARTMENT OF CORRECTION SENIOR DEPUTY COMMISSIONER FRITZ FRAGE**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Mr. Morgan (Agent For Service Of Process)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A perceived description of **Mr. Morgan** is as follows:

**Perceived Gender**: Male    **Perceived Race**: Black **Color of hair**: Bald    **Age**: 50
**Height**: 5ft9in-6ft0in    **Weight**: Over 200 Lbs.  **Other** :

On **May 19, 2026**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm this day _____ May 19, 2026 _____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Muataz Ahmad

Lic # 2034169
JobID 2638879

Client's File No.:

FIRST LEGAL, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007; LICENSE NUMBER: 2127642-DCWP
FIRST LEGAL BUYER, INC

14.8 e

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) KAISHIAN & MORTAZAVI LLC

Case Number: 1:26-CV-02685-
Date Filed: 05/06/2026

BASIL WILLIAMS AND PETER PERNA

Plaintiff

VS

THE CITY OF NEW YORK, DEPARTMENT OF COMMISSIONER LYNELLE MAGINLEY-LIDDIE, ET AL.

Defendant

## AFFIRMATION OF SERVICE

**Muataz Ahmad**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **5/15/2026**, at **1:13 PM** at **7520 ASTORIA BLVD SUITE 305, EAST ELMHURST , NY 11370** , Deponent served the within **Summons in a Civil Action and Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: <u>**DEPARTMENT OF CORRECTION ROSE M. SINGER CENTER WARDEN COURTENEY ROTHWELL**</u>, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Mr. Morgan (Agent For Service Of Process)** , **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A perceived description of **Mr. Morgan** is as follows:

**Perceived Gender**: Male   **Perceived Race**: Black   **Color of hair**: Bald   **Age**: 50   **Height**: 5ft9in-6ft0in   **Weight**: Over 200 Lbs.   **Other** :

On **May 19, 2026**, service was completed by mailing a true copy of the above stated document(s) to the <u>Defendant</u> at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential"  not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm this day _____ May 19, 2026 _____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Muataz Ahmad

Lic #   2034169
JobID   2638874

**Client's File No.:**

FIRST LEGAL, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007; LICENSE NUMBER: 2127642-DCWP
FIRST LEGAL BUYER, INC

14.8  **e**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) KAISHIAN & MORTAZAVI LLC

Case Number: 1:26-CV-02685-
Date Filed: 05/06/2026

BASIL WILLIAMS AND PETER PERNA

Plaintiff

vs

THE CITY OF NEW YORK, DEPARTMENT OF COMMISSIONER LYNELLE MAGINLEY-LIDDIE, ET AL.

Defendant

## AFFIRMATION OF SERVICE

**Muataz Ahmad**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **5/15/2026**, at **1:13 PM** at **7520 ASTORIA BLVD SUITE 305, EAST ELMHURST , NY 11370** , Deponent served the within **Summons in a Civil Action and Complaint**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **DEPARTMENT OF COMMISSIONER LYNELLE MAGINLEY-LIDDIE**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Mr. Morgan (Agent For Service Of Process)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A perceived description of **Mr. Morgan** is as follows:

**Perceived Gender**: Male     **Perceived Race**: Black  **Color of hair**: Bald    **Age**: 50
**Height**: 5ft9in-6ft0in     **Weight**: Over 200 Lbs.  **Other** :

On **May 19, 2026**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential"  not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the  United States or of the State of  NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of  NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm this day _____May 19, 2026_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Muataz Ahmad

Lic #   2034169
JobID   2638878

Client's File No.:

FIRST LEGAL, 225 BROADWAY, SUITE 440, NEW YORK, NY 10007; LICENSE NUMBER: 2127642-DCWP
FIRST LEGAL BUYER, INC